## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BOCHETTO & LENTZ, P.C. AND : No. 95 MM 2019
THOMAS J. KARL, :
:
Petitioners :
:
:
:
v. :
:
:
:
COURT OF COMMON PLEAS OF :
DELAWARE COUNTY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of September, 2019, the Petitioners' Application for Leave to File Original Process is **GRANTED**. The Petitioners' Emergency King's Bench Petition for a Stay and Writ of Prohibition is **DENIED**.